UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANYCE H. TILMON-JONES, individually
and in her capacity as Personal Representative
of the Estate of Abrim Tilmon, Jr.,

       Plaintiff,

                                         Case No. 06-14048

v.

                                         Hon. John Corbett O'Meara

BRIDGEPORT MUSIC, INC., a
Michigan corporation, and
ARMEN BOLADIAN, an individual,

       Defendants.

_____/

JANYCE TILMON-JONES,
individually, and in her capacity as Personal
Representative of the Estate of Abrim Tilmon, Jr, *et al.,*

       Plaintiffs,

                                         Case No. 11-13002

v.

                                         Hon. John Corbett O'Meara

BRIDGEPORT MUSIC, INC., *et al.*,

       Defendants.

_____/

## ORDER AWARDING ATTORNEY'S FEES

In orders dated September 26, 2012, the court awarded sanctions to Defendants pursuant to Rule 11 and 28 U.S.C. § 1927. The court awarded Defendants their reasonable attorney's fees in responding to Plaintiff's motions in Case No. 06-14048 and in defending Case No. 11-13002. In both cases, Defendants' counsel have submitted affidavits and billing records. These requested fees amount to approximately $150,000 in each case. Although this amount may be

reasonable if the court were conducting the typical prevailing party "lodestar" analysis, it exceeds what the court believes is necessary to accomplish the goal of deterring future sanctionable conduct by Plaintiffs' counsel.  The court notes that it has already sanctioned counsel in the amount of $5,000 in Case No. 06-14048, to be paid to the Clerk of the Court.

In light of the substantial fees Plaintiffs' counsel have caused Defendants to incur unnecessarily, and to deter future misconduct, the court will award $20,000 in each case, for a total of $40,000 to be paid to Defendants in accordance with the court's September 26, 2012 orders, within ten days of the date of this order.

**SO ORDERED.**

s/John Corbett O'Meara
United States District Judge

Date:  May 29, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, May 29, 2013, using the ECF system.

s/William Barkholz
Case Manager

-2-